IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01023-WDM-PAC

ZUHAIR T. MAHD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILION T. GONZALEZ, Director, United States Customs and Immigration Services;
MARIO ORTIZ, District Director, Denver Office, United States Customs and Immigration Services; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER ON REQUEST TO VACATE HEARING

Miller, J.

This matter is before me on Defendants' Response to the Order to Show Cause and Request to Vacate Hearing of August 31, 2007 (doc no 22).  In response to motions filed by Plaintiff Zuhair T. Mahd, I issued an order dated August 7, 2007, ordering Defendants to show cause why Plaintiff should not be naturalized pursuant to Section 336(b) of the Immigration and Nationality Act, 8 U.S.C. § 1447(b).  Defendants have responded that Plaintiff's petition for naturalization has been denied because of his failure to provide additional information showing that he meets the statutory requirements.  They further request that the hearing scheduled for August 31, 2007 on the show cause order be vacated because I no longer have jurisdiction over this matter.  Plaintiff filed a reply brief, asserting that Defendants acted illegally in requesting additional information and further

interviews and that my jurisdiction continues.

I will deny Defendants' request to vacate the hearing. The parties should be prepared to address jurisdictional issues and may, if they so desire, file statements of position with legal authority on these matters on or before August 24, 2007.

Accordingly, it is ordered:

1. Defendants' request to vacate the hearing (doc no 22) is denied.

DATED at Denver, Colorado, on August 16, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge