IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01023-WDM-PAC

ZUHAIR T. MAHD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILION T. GONZALEZ, Director, United States Customs and Immigration Services;
MARIO ORTIZ, District Director, Denver Office, United States Customs and Immigration Services; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER ON MOTION TO QUASH SUBPOENA

Miller, J.

This matter is before me on the Motion to Quash and Request for Protective Order Pursuant to Fed. R. Civ. P. 26(c) (doc no 27) filed by Defendants. This matter is set for a hearing on my order to show cause on August 31, 2007. Plaintiff has obtained and attempted to serve subpoenas on Defendants' counsel and on two employees of the United States Citizenship and Immigration Services (USCIS). Defendants seek to quash the subpoenas because they were not properly served and because they seek information and testimony beyond the scope of the hearing.

I will grant the motion on the grounds that the Plaintiff did not effect proper service pursuant to Fed. R. Civ. P. 45. Plaintiff emailed and mailed the subpoenas to Defendants' counsel. Rule 45 requires personal service of subpoenas; in addition, subpoenas are not

the proper method by which to obtain documents from a party, as Plaintiff apparently seeks to do in this instance.

Nonetheless, I disagree with Defendants' position that the hearing will exclusively address matters of jurisdiction. As noted by Plaintiff, my order to show cause was directed at the government to show why Plaintiff should not be naturalized, which includes issues of jurisdiction but also compliance with my remand order and other matters. While I do not anticipate that testimony will be needed, the parties should be prepared to address all the issues that have been raised in the outstanding motions and briefs.

Accordingly, it is ordered:

1. The Motion to Quash and Request for Protective Order Pursuant to Fed. R. Civ. P. 26(c) (doc no 27) is granted. Dana Lindauer and Andrew Lambrecht are not compelled to appear at the hearing on my order to show cause. Defendants' counsel is not compelled to produce the documents identified in Plaintiff's subpoena *duces tecum.*

DATED at Denver, Colorado, on August 30, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge