IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01023-WDM-PAC

ZUHAIR T. MAHD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILION T. GONZALEZ, Director, United States Customs and Immigration Services;
MARIO ORTIZ, District Director, Denver Office, United States Customs and Immigration Services; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER

Miller, J.

This matter is before me on the defendants' response to my August 31, 2007 order for the defendants to provide information regarding their procedures and steps taken concerning the name check related to plaintiff's naturalization application. As defendants readily acknowledge, they failed to fully comply with my order because the redacted copies do not disclose the results of the name check process. Defendants volunteer to submit unredacted copies for *in camera and ex parte* review.

I construe defendants' response to be a request to file the documents required by my order under seal, pursuant to D.C.COLO.L.CivR 7.2. In deference to the expressed concern to protect law enforcement sensitive materials it is ordered as follows:

    1.    Clerk of this Court shall post notice of defendants' request to seal the filing in accordance with D.C.COLO.L.CivR 7.2 D.

2. Defendants shall file, on or before September 28, 2007, duly authenticated copies of the unredacted documents containing the results of the name check process.

3. Defendants may file these documents *ex parte* under seal pursuant to D.C.COLO.L.CivR 7.3. for my *in camera* review.

DATED at Denver, Colorado, on September 19, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge