IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01023-WDM-PAC

ZUHAIR T. MAHD,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
EMILION T. GONZALEZ, Director, United States Customs and Immigration Services;
MARIO ORTIZ, District Director, Denver Office, United States Customs and Immigration Services; and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

## ORDER OF DISMISSAL

Miller, J.

On March 22, 2007, I issued an order remanding this case to the United States Customs and Immigration Services (USCIS). My order required that, within specified time periods, the Federal Bureau of Investigation (FBI) should complete Plaintiff Zuhair T. Mahd's background security check and report the results to the USCIS and that the USCIS should issue a decision on Mahd's pending naturalization application. On June 20, 2007, within the overall time frame set forth in my order, the USCIS denied Mahd's application for naturalization. Mahd is administratively appealing that decision.

As a result of several motions filed by Mahd and of the Defendants' response to an order to show cause, an issue arose as to whether Defendants had complied with the March 22, 2007 order. At a hearing held August 31, 2007, I ordered Defendants to

provide written confirmation that the FBI name check investigation had been completed. After Defendants provided redacted copies of various administrative documents, I ordered that the unredacted versions be provided to the court *ex parte* and under seal.

Following my *in camera* review of the classified information submitted by the Defendants, which is stored in an appropriately secure location within the courthouse, I am satisfied that the FBI completed the name check investigation of Mahd and submitted the results of that investigation to the USCIS in August and September 2006. I am also satisfied that the USCIS has complied, at least in spirit, with the specifics of my March 22, 2007 order. As a result, as set forth in the March 22 order, Mahd's current avenue of redress is administrative, including his pending appeal, not judicial at this time. There being no further justiciable controversy before me, this matter must be dismissed.

Accordingly, it is ORDERED:

1. All pending motions are denied without prejudice.

2. This matter is dismissed.

3. The parties shall bear their own costs and fees.

DATED at Denver, Colorado, on November 7, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge